UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERITRUST FINANCIAL, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHERI PONTOLILO; E&O PROFESSIONAL RISK MANAGEMENT & INSURANCE SERVICES, LLC; INTEGRO LTD; ODYSSEY INVESTMENT PARTNERS, LLC; AMERICAN INTERNATIONAL GROUP, INC.; LEXINGTON INSURANCE COMPANY; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 8:17-cv-00088-CJC-KES<br><br>[Assigned to Hon. Cormac J. Carney]<br><br>**[PROPOSED] ORDER ON STIPULATION TO STAY CASE PENDING COMPLETION OF MEDIATION**<br><br>[Filed concurrently with Stipulation To Stay Case Pending Completion Of Mediation] |

## **[PROPOSED] ORDER ON STIPULATION**

The Court has read and considered the parties' Stipulation To Stay Case Pending Completion Of Mediation signed by counsel for Plaintiff VERITRUST FINANCIAL, LLC and Defendants LEXINGTON INSURANCE COMPANY and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT** this action is stayed until October 1, 2017 to allow the parties to complete mediation of the case.

**IT IS SO ORDERED.**

DATED: _____    _____
CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

4813-1845-3572, v. 1


# PROOF OF SERVICE

STATE OF CALIFORNIA  )
COUNTY OF LOS ANGELES  )

I am employed in Los Angeles County. My business address is 11755 Wilshire Blvd., Suite 2400, Los Angeles, California, 90025, where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of KAUFMAN DOLOWICH & VOLUCK LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On March 3, 2017, I served the foregoing documents on the interested parties in this action entitled as follows:

**[PROPOSED] ORDER ON STIPULATION TO STAY CASE PENDING COMPLETION OF MEDIATION**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

*See Attached Service List*

[XX] (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[XX] (**BY THE COURT'S ECF SYSTEM**) I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the Central District of California – Southern Division, on all ECF- registered parties in the action.

[  ] (**BY FEDERAL EXPRESS**) I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, Federal Express) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[  ] (**STATE**) I declare under penalty of perjury that the foregoing is true and correct.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

Executed on March 3, 2017, at Los Angeles, California.

*/s/ Celia Flippin*
CELIA FLIPPIN

## Service List

*Veritrust Financial, LLC vs. Sheri Pontolilo, et al.*
*United States District Court Case No. 8:17-cv-00088-CJC-KES*

*Attorneys for Plaintiff*
**VERITRUST FINANCIAL, LLC**

Sarah Hennessy, Esq.
Raquel A. Flaherty, Esq.
FLAHERTY HENNESSY, LLP
8055 W. Manchester Ave, Suite 420
Playa del Rey, CA  90293

T:  310.305.1280
F:  310.305.1210
E:  *sarah@fhattorneys.com*

4816-7638-4579, v.  1

2
PROOF OF SERVICE